1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  CATHERINE WOODBRIDGE, State Bar No. 186186
   Supervising Deputy Attorney General
3  ERICK J. RHOAN, State Bar No. 283588
   Deputy Attorney General
4   2550 Mariposa Mall, Room 5090
    Fresno, CA  93721-2271
5   Telephone:  (559) 705-2310
    Fax:  (559) 445-5106
6   E-mail:  Erick.Rhoan@doj.ca.gov
   *Attorneys for Defendant the State of California, by*
7  *and through the Department of Motor Vehicles*

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

13 | **LAUREL ASHLEY,** | 2:21-CV-02062-KJM-JDP |

14 | Plaintiff, | **JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO FILE RESPONSIVE PLEADING; ORDER** |

15 | v. |

16 | **STATE OF CALIFORNIA (DEPARTMENT OF MOTOR VEHICLES),** |

17

18 | Defendant. |

19

20      IT IS HEREBY STIPULATED by and between the parties hereto through their respective

21 attorneys of record that the Defendant, the State of California, by and through the Department of

22 Motor Vehicles, may file a responsive pleading to Complaint, on or before January 7, 2022.

23      Under Local Rule 144(a) of this Court's local rules, the parties are allowed to stipulate, in

24 writing, to extend the time within which to answer or otherwise respond to the complaint.

25 / / /

26 / / /

27 / / /

28 / / /

1

IT IS SO STIPULATED.

Dated: December 17, 2021                           Respectfully submitted,

ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General


*/s/ Erick J. Rhoan*

ERICK J. RHOAN
Deputy Attorney General
*Attorneys for Defendant, the State of California, by and through the Department of Motor Vehicles*

Dated: December 17, 2021

*/s/ Aaron Clefton*
AARON CLEFTON
Rein & Clefton, Attorneys at Law
*Attorney for Plaintiff*

## ORDER

Good cause appearing, the parties' stipulation to extend Defendant's time to file a responsive pleading is GRANTED. Defendant shall have until January 7, 2022 to file a responsive pleading to Plaintiff's Complaint.

IT IS SO ORDERED.

DATED: January 4, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE