PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone:	510/832-5001
Facsimile:	510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
LAUREL ASHLEY

ROB BONTA, State Bar No. 202668
Attorney General of California
CATHERINE WOODBRIDGE, State Bar No. 186186
Supervising Deputy Attorney General
ERICK J. RHOAN, State Bar No. 283588
Deputy Attorney General
2550 Mariposa Mall, Room 5090
Fresno, CA 93721-2271
Telephone: (559) 705-2310
Fax: (559) 445-5106
E-mail: Erick.Rhoan@doj.ca.gov

Attorneys for Defendant
STATE OF CALIFORNIA, by and through the Department of Motor Vehicles

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREL ASHLEY<br><br>     Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA (DEPARTMENT OF MOTOR VEHICLES)<br><br>     Defendant. | CASE NO. 2:21-cv-02062-KJM-JDP<br>Civil Rights<br><br>**STIPULATION AND ORDER TO CONTINUE THE DEADLINE FOR DEFENDANT TO RESPOND TO THE COMPLAINT**<br><br>Action Filed: November 8, 2021 |

**STIPULATION**

Plaintiff LAUREL ASHLEY ("Plaintiff") and Defendant STATE OF CALIFORNIA (DEPARTMENT OF MOTOR VEHICLES) ("Defendant") – Plaintiff and Defendant together the "Parties" – hereby stipulate and request that the Court continue the deadline for Defendant to

1

respond to the Complaint in order to give the Parties time to resolve this matter without need for protracted litigation and further expense.  This request is based on the following good cause:

1. Plaintiff filed this action on November 8, 2021. Dkt. No. 1.
2. Defendant was served with the Complaint on November 15, 2021.  Dkt. No. 4.
3. The Parties are working cooperatively to exchange relevant information that may assist with a potential settlement of this action without the need to expend Court resources, and in keeping attorney fees and costs lower than they otherwise might be.
4. The Parties have previously stipulated to extend the time for Defendant to respond to the complaint so that they could continue to discuss early settlement.  Dkt. No. 6.
5. The Parties request that the Court continue the deadline for Defendant to respond to the Complaint until January 28, 2021, so that they can continue settlement discussions.

**IT IS SO STIPULATED.**

Date: January 5, 2022                                REIN & CLEFTON

                                                                                      /s/ *Aaron M. Clefton*
By AARON M. CLEFTON, Esq.
Attorney for Plaintiff
LAUREL ASHLEY

Date: January 6, 2022                                ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General


                                                                                       /s/ *Erick J. Rhoan*
By ERICK J. RHOAN, Esq.
Attorney for Defendant
STATE OF CALIFORNIA *by and through the Department of Motor Vehicles*

**ORDER**

GOOD CAUSE BEING SHOWN, it is so ORDERED. Defendant shall have until January 28, 2022, to file a responsive pleading to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated: January 12, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE