Rob Bonta, State Bar No. 202668
Attorney General of California
Catherine Woodbridge, State Bar No. 186186
Supervising Deputy Attorney General
Erick J. Rhoan, State Bar No. 283588
Deputy Attorney General
 2550 Mariposa Mall, Room 5090
 Fresno, CA  93721-2271
 Telephone:  (559) 705-2310
 Fax:  (559) 445-5106
 E-mail:  Erick.Rhoan@doj.ca.gov
*Attorneys for Defendant, the State of California, by and through the Department of Motor Vehicles*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREL ASHLEY,<br><br>              Plaintiff,<br><br>     v.<br><br>STATE OF CALIFORNIA (DEPARTMENT OF MOTOR VEHICLES),<br><br>              Defendant. | 2:21-CV-02062-KJM-JDP<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO FILE STIPULATION TO DISMISS ACTION**<br><br>Judge:         Hon. Kimberly J. Mueller<br>Trial Date:   n/a<br>Action Filed:  November 8, 2021 |

The parties to this action, plaintiff Laurel Ashley, and defendant, the State of California, by and through the Department of Motor Vehicles (DMV), respectfully request the Court to extend the February 18, 2022 deadline to file dispositional documents by sixty (60) days, up to and including April 19, 2022.

The parties informally settled the case and Defendant filed a notice of settlement on January 28, 2022. (ECF No. 9.) The Court later vacated all pending hearing dates in the litigation and ordered parties to dispositional documents by February 18, 2022. (ECF No. 10.)

All settlement documentation has been signed and has been forwarded to the DMV's accounting division for processing. DMV then submitted these documents to the California

1

Department of Finance for review and approval. These processes will require additional time above and beyond the February 18, 2022 deadline imposed by the Court to process and disburse settlement funds.

The parties have diligently resolved this matter and have forwarded all of the required documentation to the proper agency for payment and processing. At this point, the parties can only wait for the disbursement of settlement funds.

IT IS SO STIPULATED.

Dated:  February 17, 2022                    */s/ Erick J. Rhoan*
                                             ERICK J. RHOAN
                                             Deputy Attorney General
                                             *Attorneys for State of California, by and through the Department of Motor Vehicles*

Dated:  February 17, 2022                    */s/ Aaron Clefton (auth 2/17/22)*
                                             AARON CLEFTON
                                             Rein & Clefton
                                             *Attorneys for Plaintiff Laurel Ashley*

**ORDER**

Based upon the stipulation of counsel and good cause appearing, the Court **ORDERS**:

The stipulation to dismiss this action shall be filed by April 19, 2022.

IT IS SO ORDERED.

DATED: February 18, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE